IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW TURNER, | : | |
| | : | Civil No. 3:13-CV-494 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW this 9th day of April, 2014, for the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED that the Defendant's Motion to Dismiss (Doc. 28.), is GRANTED and the Plaintiff's Complaint is DISMISSED without prejudice to the re-filing of this Complaint now that the Plaintiff has fully exhausted his administrative tort claim, provided that the Plaintiff acts within 20 days of this dismissal order.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge